UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET P.[1], an Individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW M. Saul[2], Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 5:18-00752 AB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the Joint Stipulation [Dkt. No. 13], the Report and Recommendation of the assigned United States Magistrate Judge dated August 26, 2019, [Dkt. No. 21] and Plaintiff's Objections to the Report and Recommendation filed

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

on September 9, 2019 [Dkt. No. 22]. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections were filed. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 21], is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: September 26, 2019

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge