JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET P.[1], an Individual, | Case No.: 5:18-00752 AB (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. Saul[2], Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, IT IS HEREBY ADJUDGED that decision of the Commissioner of Social Security is affirmed and the above-captioned case is dismissed with prejudice.

DATED: September 26, 2019

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge